In the Matter of the Application of Fox LANE COR-PORATION, Appellant, for an Order of Mandamus against FRANK MANN, as Tenement House Commissioner of the City of New York, Respondent.

KATHERINE F. REILLY et al., Intervenors, Respondents.

In the Matter of the Application of Fox LANE COR-PORATION, Appellant, against JOHN W. MOORE, as Superintendent of Buildings of the Borough of Queens, City of New York, Respondent.

KATHERINE F. REILLY et al., Respondents.

*New York city — building zones — amendment of ordinance extending zone in which apartment may not be built — permit already issued does not give vested right to erect building in violation of amendment.*

*Matter of Fox Lane Corp.*, 216 App. Div. 813, affirmed.
(Argued May 24, 1926; decided June 8, 1926.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1926, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the issuance of a permit for the erection of an apartment house on premises at the corner of Lincoln street and Bowne avenue, Flushing, New York city. The Appellate Division held that " since the repeal, on October 3, 1924, of former section 24 of the Building Zone Resolution, there is nothing in the zoning ordinance to save existing permits, and, as no work had been commenced, and no building erected or in course of construction, at the time of the amendment, the provisions of the present section 24 of the Building Zone Resolution which prevent the operation of an amendment to existing buildings or premises do not apply, and the expenditures made and obligations incurred by the respondent in reliance upon the permit in question were insufficient to give it a vested right to erect the building in question in violation of the amendment."

*John J. Kuhn* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien* and *William T. Kennedy* of counsel), for respondents.

*Winthrop Taylor* and *Gilbert W. Roberts* for Sarah W. Roberts et al., intervenors.

*E. Crosby Kindleberger* for Katherine F. Reilly et al., intervenors.

*Eugene V. Daly* for Mary H. Daly et al., intervenors.

Order in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Necessary for Improvement of the Waterfront Near the Foot of State Street and Atlantic Avenue in the Borough of Brooklyn.

UNION FERRY COMPANY, Respondent.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Necessary for Improvement of the Waterfront Near the Foot of Hamilton Avenue and Sackett Street in the Borough of Brooklyn.

UNION FERRY COMPANY, Respondent.

*Eminent domain — condemnation proceedings — award for property taken.*

*Matter of City of New York (Union Ferry Co.)* (2 cases), 216 App. Div. 765, affirmed.

(Argued May 24, 1926; decided June 8 1926.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1926, which affirmed a final decree of Special Term awarding damages for property taken in condemnation proceedings. Appellant contended that the amounts awarded were grossly in excess of the fair market value of the property.